UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK

2005 APR -7  P 3: 52

UNITED STATES
DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL 04cr677-01 |
| v. | : | |
| | : | ORDER |
| LUIS FERREIRA, et al | : | |

The financial inability of the defendant Luis Ferreira to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 6th day of April, 2005,

O R D E R E D that Hal K. Haveson, Esq. is hereby appointed to represent defendant Luis Ferreira in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

WILLIAM G. BASSLER
United States District Judge