**HAVESON AND OTIS**

ATTORNEYS AT LAW

194 NASSAU STREET

PRINCETON, NEW JERSEY 08542

(609) 921-0090

HAL K. HAVESON
KIM AUGUSTUS OTIS

CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS
CRIMINAL TRIAL ATTORNEYS

FAX
(609) 683-4636

May 26, 2006

Honorable William G. Bassler, U.S.D.J.
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   United States v. Louis Ferreira
      Crim. No. 04-677 (WGB)

Dear Judge Bassler:

      My client sold his house and moved in with his mother. When he advised his Pretrial Services Officer, Donald Lesmeister, of the change Mr. Lesmeister pointed out that the conditions of bond required Mr. Ferreira to reside at his old address. Mr. Ferreira did not recall that that was a condition of bond and believed it would be no problem for him to move from one address to another within the Southern District of Florida.

      I have spoken with Mr. Lesmeister and he advises that he has no objection to the move except to the extent that it is not consistent with the conditions of bond. He suggested I apply to the Court for an amendment of the conditions. Therefore, I am requesting the Court to enter an Order amending the conditions of bond to permit my client to reside at the residence of his mother at 1937 N.E. Fourth Street, Deerfield Beach, Florida 33441. Assistant United States Attorney Stacey Levine has advised me that she has no objection to the entry of such an Order.

      I have enclosed a proposed Order amending the conditions and would request that the Court enter the Order on the docket as soon as it is convenient.

Honorable William G. Bassler, U.S.D.J.
Page 2 - <u>United States v. Louis Ferreira</u>
May 26, 2006

  Bond was set before my appointment in this case.  I have now gone over the conditions of bond with my client to assure that there will be no other violation, technical or otherwise.

                Respectfully submitted,

                HAVESON AND OTIS

                *s/ Hal K. Haveson*

                Hal K. Haveson

Enclosure
HKH:sms
cc: Stacey Levine, A.U.S.A.
   Donald Lesmeister, Pretrial Services
   Louis Ferreira