PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Louis Ferreira                                    Cr.: 04-00677-001
                                                                    PACTS Number: 41238

Name of Sentencing Judicial Officer: Faith S. Hochberg, USDJ

Date of Original Sentence: 10/12/06

Original Offense: Conspiracy to Transport Stolen Property in Interstate Commerce

Original Sentence: 23 months custody, 3 years supervised release, $3,600,000 in restitution, $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/24/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender will remit $60 per month toward restitution.

## CAUSE

Based upon Ferreira's financial profile, it appears he is unable to remit $200 per month toward restitution. We submit Ferreira is able to make monthly payments of $60. The Probation Office will continue to monitor Ferreira's finances and direct that he increase the amount of his restitution payment should his finances improve.

Respectfully submitted,

By: Denise Morales
    U.S. Probation Officer
Date: 08/11/08

PROB 12B - Page 2
Louis Ferreira

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/9/08
_____
Date

PROB 49  
(3/89)

SD/FL PACTS #82860

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution at the rate of $60 per month until such time as the court may alter that payment schedule in the interests of justice. The U. S. Probation Office and the U. S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

Witness: _____  
U.S. Probation Officer  
David Sutherland

Signed: _____  
Supervised Releasee  
Louis Ferreira

July 7, 2008  
Date

